## 6891. DAVIS v. THE STATE.

RUSSELL, C. J. 1. There was no material error in the trial. The evidence authorized the verdict, and the trial judge did not abuse his discretion in refusing a new trial.            Judgment affirmed.

DECIDED APRIL 25, 1916.

Accusation of sale of liquor; from city court of Dublin—Judge Hicks. August 9, 1915.

W. A. Dampier, for plaintiff in error.

S. P. New, solicitor, contra.